Honorable Kymberly K. Evanson

# COURT'S RULINGS ON OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS (DKT. NO. 94)

**Deposition of Larry Roemmich dated March 10, 2020**

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 9:12-14 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background information of witness. Hearsay exception 804(b)(1) | OVERRULED (hereinafter "O") |
| 25:8-26:6 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 26:9-16 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1) | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 26:21-27:4 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 28:2-5 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 30:3-7 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 40:6-13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |
| 40:18-41:4: | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS. Hearsay exception 804(b)(1) | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 47:1-21 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS, working on various ships such as the *USS Sacramento*. Hearsay exception 804(b)(1) | O |
| 48:4-13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1).Ð | US: Relevant regarding Mr. Roemmich's work history at PSNS, including work on various ship*s*. Hearsay exception 804(b)(1) | O |
| 48:17-25 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS, including work on various ships and what work was done on ships including his time on the *USS Sacramento* Hearsay exception 804(b)(1) | O |
| 62:25-63:10 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work history at PSNS, including work on various ships and ripout he performed. Testifying from first hand knowledge.  Hearsay exception 804(b)(1) | O |
| 64:10-23 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Mr. Roemmich's work at PSNS, including work on various ships (AOE-3) and ripout he performed. Witness testifying from first hand knowledge.  Hearsay exception 804(b)(1) | O |
| 66:22-67:23 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Asbestos control measures at PSNS.  Hearsay exception 804(b)(1) | O |
| 68:5-9 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Asbestos control measures and instructions given at PSNS. Hearsay exception 804(b)(1) | O |
| 68:17-25 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Witness testifying from firsthand knowledge. Relevant regarding Asbestos control measures and instructions given at PSNS. Hearsay exception 804(b)(1) | O |
| 69:6-8 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 75:19-76:8 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding how often ripout would occur at PSNS. Witness testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 78:3-16 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding asbestos control measures at PSNS. Witness testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 80:21-81:18 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding asbestos control measures at PSNS including between 1970-1972. Hearsay exception 804(b)(1) | O |
| 81:21-82:11 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding asbestos control measures at PSNS including between 1970-1972. Hearsay exception 804(b)(1) | O |
| 86:3-11 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant- air monitoring on ships, testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 129:16-22 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding asbestos control measures at PSNS in 1972. Witness testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 143:4-144:7 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of asbestos containing materials at PSNS during the relevant time. Witness is testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 145:11-17 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1) | US: Relevant discussion of witness's work history at PSNS. Witness is testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 150:14-16 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of who would clean up after work at PSNS. Witness is testifying from firsthand knowledge. Hearsay exception | O |
| 152:22-153:6 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of training at PSNS as early as 1970. Witness is testifying from firsthand knowledge. Hearsay exception 804(b)(1) | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 183:17-184:4 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of asbestos control measures at PSNS as early as 1972. Witness is testifying from firsthand knowledge.   Hearsay exception 804(b)(1) | O |
| 184:9-14 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of asbestos control measures at PSNS as early as 1972. Witness is testifying from firsthand knowledge.   Hearsay exception 804(b)(1) | O |
| 184:23-185:12 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of asbestos control measures at PSNS as early as 1972. Witness is testifying from firsthand knowledge.   Hearsay exception 804(b)(1) | O |
| 192:15-18 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of OSHA safety rules as early as 1972. Witness is testifying from firsthand knowledge.   Hearsay exception 804(b)(1) | O |
| 193:11-13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of safety meetings that would occur at PSNS Witness is testifying from first hand knowledge.   Hearsay exception 804(b)(1) | O |
| | | | |
| | | | |

Honorable Kymberly K. Evanson

# OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS
Samuel H. Barboo September 18, 1979

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 5:19-21 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant, Hearsay exception 804(b) | O |
| 6:3-8:1 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 9:4-12 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 9:18-25 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 10:6-14 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 10:19-11:13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 23:1-9 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 24:9-14 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background, Hearsay exception 804(b) | O |
| 41:21-42:6 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits to Shipyards. Hearsay exception 804(b)(1) | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 44:19-45:2 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits to Shipyards. Hearsay exception 804(b)(1) | O |
| 47:21-48:8 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits to Shipyards. Hearsay exception 804(b)(1) | O |
| 48:14-25 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits to Shipyards. Hearsay exception 804(b)(1) | O |
| 49:3-13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures across the Navy. Hearsay exception 804(b)(1) | O |
| 50:21-51:8 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |
| 55:5-12 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |
| 62:23-63:13 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |
| 63:16 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1) | | O |
| 63:20-24 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS and requests from Industrial Hygienists at PSNS. Hearsay exception 804(b)(1) | O |
| 64:6-11 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |
| 64:23-65:5 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 65:16-66:4 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding Captain Barboo's site visits and asbestos control procedures at PSNS. Hearsay exception 804(b)(1) | O |
| 66:10-21 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding BUMED instructions. Hearsay exception 804(b)(1) | O |

Honorable Kymberly K. Evanson

# OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS

Samuel H. Barboo September 22, 1980

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 4:7-8 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background and foundational information. Hearsay exception 804(b)(1) | O |
| 6:10-7:20: | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background and foundational information. Hearsay exception 804(b)(1) | O |
| 7:24-8:19 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background and foundational information of witness. Hearsay exception 804(b)(1) | O |
| 9:3-28 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background and foundational information of witness. Hearsay exception 804(b)(1) | O |
| 10:11-12:28 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background and foundational information of witness regarding director of Industrial Hygiene and coming into contact with asbestos related concerns. Hearsay exception 804(b)(1) | O |
| 14:20-28 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant Background and foundational information of witness re Director of Industrial Hygiene and coming into contact with asbestos related concerns. Hearsay exception 804(b)(1) | O |
| 36:4-37:9 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding witness's trip to PSNS and what was observed. Testifying to firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 38:14-18 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding what witness observed at PSNS in regard to asbestos control procedures. Hearsay exception 804(b)(1) | O |

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 40:13-23 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant regarding information witness would have circulated concerning his visit to PSNS and observation of asbestos control measures. Testifying to firsthand knowledge. Hearsay exception 804(b)(1) | O |
| 97:12-100:20 | US: Relevance, discussion of Norfolk Shipyard, and Long Beach Shipyard. Further irrelevant discussion of Boilermakers, steamfitters, pipe fitters etc. | Plaintiff: Relevant based on the United States' proffered argument that regulations were not mandatory without a "local implementing instruction. | O |
| 106:23-108:1 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of papers presented in conjunction with his visit to PSNS and observing their exemplary asbestos controls. Hearsay exception 804(b)(1) | O |
| 108:5-12 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | | O |
| 108:22-23 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | | O |
| 108:28-109:3 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | | O |
| 112:15-21 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of papers presented in conjunction with his visit to PSNS and observing their exemplary asbestos controls. Hearsay exception 804(b)(1) | O |
| 137:8-138:9 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of witness's visit to PSNS and comparison of asbestos control procedures at other shipyards. Hearsay exception 804(b)(1) | O |
| 138:14-17 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant discussion of witness's visit to PSNS and comparison of asbestos control procedures at other shipyards. Hearsay exception 804(b)(1) | O |

Honorable Kymberly K. Evanson

## OBJECTIONS TO DESIGNATIONS OF DEPOSITION EXCERPTS

Samuel H. Barboo December 8, 1981

| PAGE / LINE NO. | NATURE OF OBJECTION | RESPONSE | COURT'S RULING |
|---|---|---|---|
| 5:17-18 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background/ foundational information, Hearsay exception 804(b)(1) | O |
| 6:16-19 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant background/ foundational information, Hearsay exception 804(b)(1) | O |
| 22:16-17 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | | O |
| 79:2-14 | Plaintiff: Relevance, hearsay to which no exception applies, and inconsistent with FRCP 32(a)(1). | US: Relevant to PSNS asbestos control procedures.   Hearsay exception 804(b)(1) | O |